IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXODUS HEBERT, ANTONIO MONROE, DAMEN GONZALEZ, DELEON MOFFETT, GEORGE GARCIA, JEREMIAH BROWN, ISAIHA HERRING, THAILAN HOPKINS, SHIRICE HENDRIX, DARRION LONGSTREET, ANTWON TOMPKIN, IVAN JOHNSON, KEYSHAWN NICHOLS, JESSE GARZA, NYREE DUGANS, ANTJUAN DAVIS, AMARU EVANS, ROBERT "RAVEN" MELTON, QURAN BROOMFIELD, DASHEEM PICKENS, and DELCHEVA HARRIS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS DEPARTMENT OF CORRECTIONS, ILLINOIS DEPARTMENT OF JUVENILE JUSTICE and ILLINOIS STATE BOARD OF EDUCATION, <br><br> Defendants. | Case No. 1:24-cv-07950-SLE <br><br> District Judge Sara L. Ellis <br><br> Magistrate Judge Beth W. Jantz |

**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Exodus Hebert, Antonio Monroe, Damen Gonzalez, Deleon Moffett, George Garcia, Jeremiah Brown, Isaiha Herring, Thailan Hopkins, Shirice Hendrix, Darrion Longstreet, Antwon Tompkin, Ivan Johnson, Keyshawn Nichols, Jesse Garza, Nyree Dugans, Antjuan Davis, Amaru Evans, Robert "Raven" Melton, Quran Broomfield, Dasheem Pickens, and Delcheva Harris (collectively, "Named Plaintiffs"), on behalf of themselves and others similarly situated (the "Plaintiff Class"), respectfully move this Court for a preliminary injunction enjoining Defendants to:

1

1. Develop and implement adequate and effective policies and procedures to identify students with disabilities who enter the custody of the Illinois Department of Corrections with an individualized education program and who have not yet received their high school diploma;

2. Develop and implement adequate and effective policies and procedures to notify such students of their right to special education and related services and high school education;

3. Develop and implement adequate and effective policies and procedures to provide Named Plaintiffs and class members with special education and/or related services and high school credit-bearing courses as mandated by the Individuals with Disabilities Education Act;

4. Report to the Court at regular intervals on the implementation of special education and related services and high school education for Named Plaintiffs and class members;

5. Take appropriate affirmative actions to ensure that the violations of federal and Illinois law complained of above do not continue to be engaged in by Defendants, their agents, successors, employees, subordinates, attorneys, and those acting at their direction.

Named Plaintiffs and the Plaintiff Class satisfy each of the requirements for obtaining a preliminary injunction: (i) their claims are likely to succeed on the merits; (ii) they will suffer irreparable harm if a preliminary injunction is not granted; and (iii) there is no adequate remedy at law for Defendants' systemic and ongoing violations. The law and facts supporting this Motion are set forth more fully in an accompanying Memorandum of Law, filed herewith.

**WHEREFORE**, Named Plaintiffs respectfully request the Court issue an Order granting Named Plaintiffs' Motion for Preliminary Injunction and the relief requested herein.

Date: September 25, 2024                Respectfully submitted,

                                            <u>/s/ Johanna Spellman</u>

Johanna Spellman (ARDC No. 6293851)
johanna.spellman@lw.com
Terra Reynolds (ARDC No. 6278858)
terra.reynolds@lw.com
Nicholas Hazen (ARDC No. 6341719)
nicholas.hazen@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Named Plaintiffs and class members*

Olga Pribyl (ARDC No. 6190672)
olga@equipforequality.org
Sujatha Jagadeesh Branch (Washington State Bar No. 51827)
sujatha@equipforequality.org
Rachel Shapiro (ARDC No. 6290735)
Rachel@equipforequality.org
Alexandra Kuske (ARDC No. 6336210)
Alexandra@equipforequality.org
Brianna Hill (ARDC No. 6336043)
brianna@equipforequality.org
EQUIP FOR EQUALITY
20 N. Michigan Avenue, Suite 300
Chicago, IL 60602
Telephone: (312) 341-0022
Facsimile: 312-800-0912

*Attorneys for Named Plaintiffs and class members*