IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXODUS HEBERT, ANTONIO MONROE, DAMEN GONZALEZ, DELEON MOFFETT, GEORGE GARCIA, JEREMIAH BROWN, ISAIHA HERRING, THAILAN HOPKINS, SHIRICE HENDRIX, DARRION LONGSTREET, ANTWON TOMPKIN, IVAN JOHNSON, KEYSHAWN NICHOLS, JESSE GARZA, NYREE DUGANS, ANTJUAN DAVIS, AMARU EVANS, ROBERT "RAVEN" MELTON, QURAN BROOMFIELD, DASHEEM PICKENS, and DELCHEVA HARRIS, on behalf of themselves and all others similarly situated, | Case No. 1:24-cv-07950 <br><br> District Judge Sara L. Ellis <br><br> Magistrate Judge Beth W. Jantz |
| Plaintiffs, | |
| v. | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ILLINOIS DEPARTMENT OF JUVENILE JUSTICE and ILLINOIS STATE BOARD OF EDUCATION, | |
| Defendants. | |

**JOINT STATUS REPORT**

The Parties hereby respectfully submit the following Joint Status Report regarding the proposed agenda, respective witness lists, and respective exhibit lists for the evidentiary hearing set for Friday, March 21, 2025, at 9:00 A.M.

**I.     PROPOSED AGENDA**

The Parties, having conferred, jointly request that the Court adopt the following agenda for the evidentiary hearing: (i) direct examination and cross-examination of the Parties' witnesses;

1

and (ii) oral argument concerning the merits of the Plaintiffs' Motion for Preliminary Injunction. The Parties are also willing to provide supplemental briefing on any issue if the Court so desires.

### A. Plaintiffs' Witnesses

| Witness Name | Relationship to the Parties |
|---|---|
| Michael Krezmien, Ph.D. | Expert retained by Plaintiffs |

### B. Defendants' Witnesses

| Witness Name | Relationship to the Parties |
|---|---|
| Robert Vickery | Acting Director of Defendant Illinois Department Of Juvenile Justice ("IDJJ") |
| Jennifer Parrack | Chief of Programs and Support Services at Defendant Illinois Department Of Corrections ("IDOC") |
| Perry Zirkel, Ph.D. | Expert retained by Defendants |

### C. Oral Argument

The parties jointly request oral argument on Plaintiffs' Motion for Preliminary Injunction, and propose deferring oral argument until after the conclusion of witness testimony.

## II. EXHIBITS

Listed below are the parties' respective exhibits, and any objections asserted thereto. The parties will submit their exhibits to the Court electronically, with courtesy copies sent to the Court on two USB drives, prior to the date of the hearing, as instructed by the Court's clerk, Maria Domanskis.

A. **Plaintiffs' Exhibits**

| Ex. No. | Description | Defendants' Objections |
|---|---|---|
| 1 | Dear Colleague Letter, U.S. Department of Education Office of Special Education and Rehabilitative Services (Dec. 5, 2014) | Relevance and FRE 403 (cumulative); and<br><br>Foundation. |
| 2 | Declaration of Michael P. Krezmien, Ph.D. | Hearsay;<br><br>Relevance and FRE 403 (unfair prejudice, confusing the issues, and cumulative);<br><br>Lack of personal knowledge;<br><br>Foundation;<br><br>Offers testimony on legal conclusions;<br><br>Offers testimony on ultimate issues; and<br><br>Fails to meet the standard for admissible expert testimony under Fed. R. Evid. 702. |
| 3 | Declaration of Exodus Hebert | Foundation;<br><br>Relevant and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and<br><br>Hearsay. |
| 4 | Declaration of Antonio Monroe | Foundation;<br><br>Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and<br><br>Hearsay. |
| 5 | Declaration of Damen Gonzalez | Foundation;<br><br>Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and<br><br>Hearsay. |

| Ex. No. | Description | Defendants' Objections |
|---|---|---|
| 6 | Declaration of Deleon Moffett | Foundation; Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and Hearsay. |
| 7 | Declaration of George Garcia | Foundation; Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and Hearsay. |
| 8 | Declaration of Jeremiah Brown | Foundation; Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and Hearsay. |
| 9 | Declaration of Isaiha Herring | Foundation; Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and Hearsay. |
| 10 | Declaration of Thailan Hopkins | Foundation; Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and Hearsay. |
| 11 | Declaration of Shirice Hendrix | Foundation; Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and Hearsay. |
| 12 | Declaration of Darrion Longstreet | Foundation; |

| Ex. No. | Description | Defendants' Objections |
|---|---|---|
|  |  | Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and<br><br>Hearsay. |
| 13 | Declaration of Antwan Tompkin | Foundation;<br><br>Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and<br><br>Hearsay. |
| 14 | Declaration of Ivan Johnson | Foundation;<br><br>Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and<br><br>Hearsay. |
| 15 | Declaration of Keyshawn Nichols | Foundation;<br><br>Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and<br><br>Hearsay. |
| 16 | Declaration of Jesse Garza | Foundation;<br><br>Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and<br><br>Hearsay. |
| 17 | Declaration of Nyree Dugans | Foundation;<br><br>Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and<br><br>Hearsay. |
| 18 | Declaration of Antjuan Davis | Foundation;<br><br>Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and |

| Ex. No. | Description | Defendants' Objections |
|---|---|---|
| | | Hearsay. |
| 19 | Declaration of Amaru Evans | Foundation; Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and Hearsay. |
| 20 | Declaration of Robert "Raven" Melton | Foundation; Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and Hearsay. |
| 21 | Declaration of Quran Broomfield | Foundation; Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and Hearsay. |
| 22 | Declaration of Dasheem Pickens | Foundation; Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and Hearsay. |
| 23 | Declaration of Delcheva Harris | Foundation; Relevance and FRE 403 (cumulative, unfair prejudice, and confusing the issues); and Hearsay. |
| 24 | Exodus Hebert Due Process Decision: Final Determination and Order | No objection. |
| 25 | Antonio Monroe Due Process Decision: Impartial Due Process Hearing Decision | No objection. |
| 26 | Exodus Hebert Hearing Officer Order | No objection. |

6

| Ex. No. | Description | Defendants' Objections |
|---|---|---|
| 27 | Antonio Monroe Hearing Officer Order | No objection. |
| 28 | Michael P. Krezmien Curriculum Vitae | No objection. |
| 29 | Testimony of Maria Miller, Manager of the Office of Adult Education and Vocational Services, from the Due Process Hearing of Antonio Monroe Day 3 | No objection. |
| 30 | Testimony of Dr. Bethel-Leitschuh | No objection. |
| 31 | Testimony of Maria Miller, Manager of the Office of Adult Education and Vocational Services, from the Due Process Hearing of Antonio Monroe Day 1 | No objection. |
| 32 | Stipulation of Facts for the Due Process Hearing of named plaintiff Antonio Monroe | No objection. |
| 33 | Illinois Department of Corrections Education Services for Emerging Adults Pilot Program Form | No objection. |
| 34 | Illinois Department of Corrections Revocation (Withdrawal) of Consent for Special Education Services Form | No objection. |
| 35 | 3/21/2024 email thread involving Tresa Dunbar, Sophia Manuel, Jennifer Parrack, Maria Miller, and Melissa Cory<br><br>*Obtained from Defendant Illinois Department of Juvenile Justice in response to a Freedom of Information Act request dated May 24, 2024* | No objection. |
| 36 | 5/24/2024 email thread involving Tresa Dunbar, Maria Miller, Melissa Cory, Jennifer Parrack, and Sophia Manuel<br><br>*Obtained from Defendant Illinois Department of Juvenile Justice in* | No objection. |

| Ex. No. | Description | Defendants' Objections |
|---|---|---|
|  | response to a Freedom of Information Act request dated May 24, 2024 |  |
| 37 | 3/29/2024 email thread involving Maria Miller, Sophia Manuel, Robert Vickery, Scott Lerner, Jennifer Parrack, Ivette Serrano, Melissa Cory, Tresa Dunbar, Latoya Hughes, Alyssa Williams, Garry Caplan, Deborah Baker, Andrew Munemoto, and Robert Fanning<br><br>*Obtained from Defendant Illinois Department of Juvenile Justice in response to a Freedom of Information Act request dated May 24, 2024* | No objection. |
| 38 | 12/20/2023 email thread involving Heidi Mueller, Sophia Manuel, Jullian Brevard, Omar Jamil, Andrew Munemoto, Robert Vickery, Tresa Dunbar, Jennifer Parrack, Alyssa Williams, Ashley Rubino, Latoyo Hughes, Sherrie Phipps, Robert Steele, and Maria Miller<br><br>*Obtained from Defendant Illinois Department of Juvenile Justice in response to a Freedom of Information Act request dated May 24, 2024* | Relevance. |
| 39 | The Illinois Department of Corrections "DOC and DJJ Collaboration for Individuals 22 and Under"<br><br>*Obtained from Defendant Illinois Department of Juvenile Justice in response to a Freedom of Information Act request dated May 24, 2024* | No objection. |
| 40 | Earned Program Sentence Credit & Adult Secondary Education Guidelines, Illinois Department of Corrections Office of Adult Education and Vocational Services | No objection. |

| Ex. No. | Description | Defendants' Objections |
|---|---|---|
| | *Obtained from Defendant Illinois Department of Juvenile Justice in response to a Freedom of Information Act request dated May 24, 2024* | |
| 41 | Thomas A. Meyes & Perry A. Zirkel, *The Intersections of Juvenile Law, Criminal Law, and Special Educational Law*, 4 U.C. DAVIS J. JUV. L. & POL'Y 125 (Spring 2000). | Relevance and FRE 403 (unfair prejudice and confusing the issues). |

B. **Defendants' Exhibits**

| Ex. No. | Description | Plaintiffs' Objections |
|---|---|---|
| 1 | EJ Settlement Agreement | Third-Party Confidentiality; Relevance (FRE 401). |
| 2 | FP Settlement Agreement | Third-Party Confidentiality; Relevance (FRE 401). |
| 3 | ZT Settlement Agreement | Third-Party Confidentiality; Relevance (FRE 401). |
| 4 | EW Settlement Agreement | Third-Party Confidentiality; Relevance (FRE 401). |
| 5 | DE Interim Settlement Agreement | Third-Party Confidentiality; Relevance (FRE 401). |
| 6 | ZT Diploma | Relevance (FRE 401). |
| 7 | EH Due Process Decision and Order | No objection. |
| 8 | AM Due Process Decision and Order | No objection. |

| Ex. No. | Description | Plaintiffs' Objections |
|---|---|---|
| 9 | EH Fee Petition Complaint As Prevailing Party At Due Process | No objection. |
| 10 | AM Fee Petition Complaint As Prevailing Party At Due Process | No objection. |
| 11 | IDJJ Transformation Plan | No objection. |
| 12 | Emerging Adult Press Release | No objection. |
| 13 | Asst. Superintendent Position Description | No objection. |
| 14 | IDOC Job Postings | No objection. |
| 15 | IDJJ Job Postings | No objection. |
| 16 | Spreadsheet of Efforts to Identify Eligible Students | Authentication (FRE 901). |
| 17 | Updated IDJJ Policies | No objection. |
| 18 | Updated IDOC Policies | No objection. |
| 19 | Course Completions | Authentication (FRE 901). |
| 20 | EH Updated Disciplinary Record | Relevance (FRE 401); Undue Prejudice (FRE 403). |
| 21 | AM Updated Disciplinary Record | Relevance (FRE 401); Undue Prejudice (FRE 403). |
| 22 | DOC Office of Adult Education and Vocational Services Intake Form | Authentication (FRE 901). |

10

| Ex. No. | Description | Plaintiffs' Objections |
|---|---|---|
| 23 | Expert Report and CV of Defendants' Expert Dr. Zirkel | No objection. |
| 24 | Vickery Declaration and Exhibits | No objection. |
| 25 | Parrack Declaration and Exhibits | No objection. |
| 26 | Data Compilation Regarding Identification Of IDOC Individuals In Custody Potentially Eligible For Special Education Services | Authentication (FRE 901). |
| 27 | Hiring status for IDOC facilities | Authentication (FRE 901). |

Date: March 19, 2025

*/s/ Johanna Spellman*
Johanna Spellman (ARDC No. 6293851)
  johanna.spellman@lw.com
Terra Reynolds (ARDC No. 6278858)
  terra.reynolds@lw.com
Nicholas Hazen (ARDC No. 6341719)
  nicholas.hazen@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767


Olga Pribyl (ARDC No. 6190672)
  olga@equipforequality.org
Sujatha Jagadeesh Branch (Washington State Bar No. 51827)
  sujatha@equipforequality.org
Rachel Shapiro (ARDC No. 6290735)
  rachel@equipforequality.org
Alexandra Kuske (ARDC No. 6336210)
  alexandra@equipforequality.org
Brianna Hill (ARDC No. 6336043)
  brianna@equipforequality.org

Respectfully submitted,

*/s/ John Swinney* (with consent)
Nicki B. Bazer (nbb@franczek.com)
Michael A. Warner, Jr. (maw@franczek.com)
John Swinney (js@franczek.com)
**Franczek P.C.**
300 S. Wacker. St., Suite 3400
Chicago, IL 60606
(312) 986-0300


*Attorneys for Defendants*

**EQUIP FOR EQUALITY**
20 North Michigan Avenue, Suite 300
Chicago, Illinois 60602
Telephone: (312) 341-0022
Facsimile: (312) 800-0912


*Attorneys for Named Plaintiffs and class members*