# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Exodus Hebert, et al.

|                                   | Plaintiff, |                               |
|-----------------------------------|------------|-------------------------------|
| v.                                |            | Case No.: 1:24−cv−07950       |
|                                   |            | Honorable Sara L. Ellis       |
| Illinois Department of Corrections, et al. | | |
|                                   | Defendant. |                               |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 21, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: Preliminary injunction hearing held and continued to 4/7/2025 at 10 AM. The parties should meet and confer about a stipulated preliminary injunction. If the parties cannot come to an agreement, the Court will take the testimony of Defendants' expert and hear arguments at the next hearing on 4/7/2025. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.