IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXODUS HEBERT, ANTONIO MONROE, DAMEN GONZALEZ, DELEON MOFFETT, GEORGE GARCIA, JEREMIAH BROWN, ISAIHA HERRING, THAILAN HOPKINS, SHIRICE HENDRIX, DARRION LONGSTREET, ANTWON TOMPKIN, IVAN JOHNSON, KEYSHAWN NICHOLS, JESSE GARZA, NYREE DUGANS, ANTJUAN DAVIS, AMARU EVANS, ROBERT "RAVEN" MELTON, QURAN BROOMFIELD, DASHEEM PICKENS, and DELCHEVA HARRIS, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, ILLINOIS DEPARTMENT OF JUVENILE JUSTICE and ILLINOIS STATE BOARD OF EDUCATION,<br><br>       Defendants. | Case No. 1:24-cv-07950<br><br>District Judge Sara L. Ellis<br><br>Magistrate Judge Beth W. Jantz |

## JOINT STATUS REPORT

  The Parties hereby respectfully submit the following Joint Status Report pursuant to the Court's Minute Order dated April 21, 2025 (Dkt. 121).

  1.  On April 17, 2025, Defendants sent Plaintiffs a set of revised administrative directives for the Illinois Department of Juvenile Justice ("IDJJ") and Illinois Department of Corrections ("IDOC") addressing IDJJ's and IDOC's authority and responsibilities with respect to educational programs and special education services, and stated that they intended to present the revisions to the Court at the April 21, 2025 preliminary injunction hearing. Plaintiffs informed

1

Defendants that Plaintiffs would not be able to meaningfully review and evaluate the revised administrative directives before the April 21, 2025 preliminary injunction hearing. The Parties submitted a joint request via an email to the Courtroom Deputy that the April 21, 2025 preliminary injunction hearing be converted to a status hearing, which the Court granted.

2. On April 21, 2025, the Parties appeared before the Court for a status hearing. Plaintiffs reported to the Court that Defendants had produced additional administrative directives that Plaintiffs had been unable to meaningfully review prior to the status hearing, and that Plaintiffs planned to review the additional documents in consultation with their expert, Dr. Michael Krezmien. The Court set a telephonic conference for May 22, 2025 and ordered the Parties to submit a joint status report by May 15, 2025 (Dkt. 121).

3. Following the April 21, 2025 status hearing, Plaintiffs consulted with Dr. Krezmien regarding Defendants' updated administrative directives. On May 8, 2025, Plaintiffs shared written comments and proposed revisions to the administrative directives with Defendants' counsel. On May 13, 2025, the Parties conferred regarding Plaintiffs' suggested edits to Defendants' administrative directives. The Parties did not reach an agreement, but Defendants' counsel agreed to confer further with their clients about Plaintiffs' comments and proposed revisions, after which the Parties intend to resume their discussions. Defendants' counsel informed Plaintiffs that they required approximately one or two weeks before they could relay their clients' comments to Plaintiffs.

4. At this time, the Parties are continuing to discuss changes to the administrative directives, which the Parties expect will impact the scope of Plaintiffs' requested preliminary relief.

| | |
|---|---|
| Date: May 15, 2025 | Respectfully submitted, |
| */s/ Johanna Spellman* | */s/ John Swinney* (with consent) |
| Johanna Spellman (ARDC No. 6293851)<br>  johanna.spellman@lw.com<br>Terra Reynolds (ARDC No. 6278858)<br>  terra.reynolds@lw.com<br>Nicholas Hazen (ARDC No. 6341719)<br>  nicholas.hazen@lw.com<br>Zeyu Zhao (ARDC No. 6342779)<br>  richard.zhao@lw.com<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767 | Nicki B. Bazer (nbb@franczek.com)<br>Michael A. Warner, Jr. (maw@franczek.com)<br>John Swinney (js@franczek.com)<br>**Franczek P.C.**<br>300 S. Wacker. St., Suite 3400<br>Chicago, IL 60606<br>(312) 986-0300<br><br>*Attorneys for Defendants* |
| Olga Pribyl (ARDC No. 6190672)<br>  olga@equipforequality.org<br>Sujatha Jagadeesh Branch (Washington State Bar No. 51827)<br>  sujatha@equipforequality.org<br>Rachel Shapiro (ARDC No. 6290735)<br>  rachel@equipforequality.org<br>Alexandra Kuske (ARDC No. 6336210)<br>  alexandra@equipforequality.org<br>Brianna Hill (ARDC No. 6336043)<br>  brianna@equipforequality.org<br>**EQUIP FOR EQUALITY**<br>20 North Michigan Avenue, Suite 300<br>Chicago, Illinois 60602<br>Telephone: (312) 341-0022<br>Facsimile: (312) 800-0912<br><br>*Attorneys for Named Plaintiffs and class members* | |