IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXODUS HEBERT, ANTONIO MONROE, DAMEN GONZALEZ, DELEON MOFFETT, GEORGE GARCIA, JEREMIAH BROWN, ISAIHA HERRING, THAILAN HOPKINS, SHIRICE HENDRIX, DARRION LONGSTREET, ANTWON TOMPKIN, IVAN JOHNSON, KEYSHAWN NICHOLS, JESSE GARZA, NYREE DUGANS, ANTJUAN DAVIS, AMARU EVANS, ROBERT "RAVEN" MELTON, QURAN BROOMFIELD, DASHEEM PICKENS, and DELCHEVA HARRIS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS DEPARTMENT OF CORRECTIONS, ILLINOIS DEPARTMENT OF JUVENILE JUSTICE and ILLINOIS STATE BOARD OF EDUCATION, <br><br> Defendants. | Case No. 1:24-cv-07950 <br><br> District Judge Sara L. Ellis <br><br> Magistrate Judge Beth W. Jantz |

## JOINT STATUS REPORT

The Parties hereby respectfully submit the following Joint Status Report regarding the scope of Plaintiffs' requested preliminary injunction, as ordered by the Court on May 20, 2025. (ECF No. 123).

1. The Parties previously appeared for an evidentiary preliminary injunction hearing before the Hon. Sara L. Ellis on March 21, 2025. (ECF No. 118).

1

3424687.4

2. At the close of the March 21, 2025, hearing, prior to presenting closing arguments, Judge Ellis requested that the Parties first meet and confer to discuss whether the Parties could reach agreement on a stipulated preliminary injunction. (*Id.*)

3. Consequently, the Court continued the preliminary injunction hearing to April 7, 2025. (*Id.*).

4. Judge Ellis further ordered that, if the Parties were not able to reach an agreement on a stipulated preliminary injunction, the Parties were to return on April 7, 2025, to present the testimony of Defendants' expert and hear oral closing arguments. (*Id.*).

5. On April 4, 2025, the Parties jointly filed a Motion to Continue the Preliminary Injunction Hearing to April 21, 2025, to allow the Parties additional time to engage in discussions regarding a stipulated preliminary injunction. (ECF No. 120). The Court granted the Parties' joint motion for an extension.

6. On April 21, 2025, the Parties appeared for a status hearing. (ECF No. 121). At that time, the Parties informed the Court that Defendants had produced revised administrative directives that Plaintiffs were reviewing with their expert. (*Id.*). The Court then ordered the Parties to file a joint status report by May 15, 2025, ahead of a telephonic conference on May 22, 2025. (*Id.*).

7. On May 15, 2025, the Parties filed a Joint Status Report. (ECF No. 122). In that report, the Parties indicated that they were engaged in continued discussions regarding the administrative directives. (*Id.*).

8. On May 20, 2025, the Court then entered an Order striking the status set for May 22, 2025, and resetting it to July 2, 2025. (ECF No. 123). The Court further directed the instant Joint Status Report by June 25, 2025. (*Id.*).

At this time, the Parties continue to engage in good faith discussions regarding the proposed administrative directives. Defendants have proposed amendments to the Illinois Department of Corrections' and the Illinois Department of Juvenile Justice's administrative directives, to address the concerns raised by Plaintiffs in their request for a preliminary injunction and at the first day of the preliminary injunction hearing and feedback provided by Plaintiffs during subsequent discussions. IDOC and IDJJ have made multiple rounds of revisions to these administrative directives, which the agencies have then shared with Plaintiffs for their review. The Parties have then further engaged in telephonic discussions, through counsel, to discuss Plaintiffs' requested amendments to the administrative directives.

Most recently, IDOC and IDJJ provided Plaintiffs with revised administrative directives on June 23, 2025. IDOC and IDJJ are open to further discussion of the revised administrative directives with Plaintiffs and expect the Parties will continue to collaboratively discuss any such revisions, as well as the concerns raised in Plaintiffs' request for a preliminary injunction and raised at the preliminary injunction hearing. The Parties are working through some remaining issues and hope to resolve them in the coming weeks. The Parties would propose the submission of a further joint status report to the Court by July 23, 2025.

| | |
|---|---|
| Date: June 25, 2025 | Respectfully submitted, |

/s/ Alexandra Kuske
Johanna Spellman (ARDC No. 6293851)
  johanna.spellman@lw.com
Terra Reynolds (ARDC No. 6278858)
  terra.reynolds@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

/s/ John Swinney
Nicki B. Bazer (nbb@franczek.com)
Michael A. Warner, Jr. (maw@franczek.com)
John Swinney (js@franczek.com)
**Franczek P.C.**
300 S. Wacker. St., Suite 3400
Chicago, IL 60606
(312) 986-0300

*Special Assistant Attorneys General*
*Attorneys for Defendants*

3

3424687.4

Olga Pribyl (ARDC No. 6190672)
  olga@equipforequality.org
Sujatha Jagadeesh Branch (Washington State Bar No. 51827)
  sujatha@equipforequality.org
Rachel Shapiro (ARDC No. 6290735)
  rachel@equipforequality.org
Alexandra Kuske (ARDC No. 6336210)
  alexandra@equipforequality.org
Brianna Hill (ARDC No. 6336043)
  brianna@equipforequality.org
**EQUIP FOR EQUALITY**
20 North Michigan Avenue, Suite 300
Chicago, Illinois 60602
Telephone: (312) 341-0022
Facsimile: (312) 800-0912

*Attorneys for Named Plaintiffs and class members*