UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXODUS HEBERT *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:24-cv-07950-SLE |
| v. | ) |
| | ) District Judge Sara L. Ellis |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; ILLINOIS | ) Magistrate Judge Beth W. Jantz |
| DEPARTMENT OF JUVENILE | ) |
| JUSTICE; and ILLINOIS STATE | ) |
| BOARD OF EDUCATION, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS AND TO STRIKE CLASS ALLEGATIONS**

Defendants Illinois Department of Corrections (IDOC), Illinois Department of Juvenile Justice (IDJJ), and Illinois State Board of Education (ISBE) move to dismiss Plaintiffs' Complaint (ECF No. 1) pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6). In support of this motion, Defendants state as follows:

1. Plaintiffs are 18-22 year-olds in IDOC custody who have not received a high school diploma.

2. On behalf of themselves and a purported putative class, Plaintiffs allege Defendants have denied them a free appropriate public education (FAPE) and other services in violation of the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1400 *et seq.*; the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 *et seq.*; Section 504 of the Rehabilitation Act, 29 U.S.C. § 794; and provisions of the Illinois School Code, 105 ILCS 5/13-40, 105 ILCS 5/14-102.

3464925.1

3. The claims of named Plaintiffs E.H. and A.M. should be dismissed for lack of jurisdiction pursuant to Rule 12(b)(1) because those claims are moot.

4. All other Plaintiffs' federal claims should be dismissed under Rule 12(b)(6) for failure to exhaust their administrative remedies as required by the IDEA, 20 U.S.C. § 1415(*l*), and the Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e(a).

5. All of Plaintiffs' state law claims should be dismissed pursuant to Rules 12(b)(1) and (6) because federal courts cannot enter any relief, "whether prospective or retroactive," against state officials for claimed violations of state law. *Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 106 (1984).

6. All of Plaintiffs' claims should be dismissed under Rule 12(b)(6) because the factual allegations in Plaintiff's Complaint are outdated and inaccurate such that they are not sufficient to show a plausible right to relief.

7. Many of Plaintiffs' IDEA claims are barred by the statute of limitations.

8. Plaintiffs' claims against Defendant IDOC should be dismissed under Rule 12(b)(6) because Plaintiffs do not seek any relief IDOC can provide.

9. Plaintiffs' claims against Defendant ISBE should be dismissed under Rule 12(b)(6) for failure to state a claim as Plaintiffs include no factual allegations regarding what ISBE did or failed to do to fulfill its obligations under the law.

10. Plaintiffs' putative class allegations should be stricken because they are facially and inherently deficient given the individualized nature of the proposed class members' individual needs and entitlements.

11. In support, Defendants incorporate their Memorandum in Support filed with this motion.

3464925.1

Wherefore, Defendants respectfully request the Court to dismiss Plaintiffs' Complaint.

| | |
|---|---|
| Dated: November 20, 2025 | Respectfully submitted, |
| | **Illinois Department of Juvenile Justice, Illinois Department of Corrections, and Illinois State Board of Education,** Defendants. |
| | */s/ Nicki B. Bazer* (ARDC No. 6277099) <br> One of Their Attorneys |

Nicki B. Bazer (nbb@franczek.com)
Michael A. Warner, Jr. (maw@franczek.com)
Kaitlin A. Atlas (ka@franczek.com)
John Swinney (js@franczek.com)
Special Assistant Attorneys General
Franczek P.C.
300 S. Wacker. St., Suite 3400
Chicago, IL 60606
(312) 986-0300

3464925.1

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a true and correct copy of the forgoing **DEFENDANTS' MOTION TO DISMISS AND TO STRIKE CLASS ALLEGATIONS** to be filed with the Clerk of the Court using the CM/ECF Filing System which will electronically serve copies upon all counsel of record on this 20th day of November, 2025.

/s/ Nicki B. Bazer
nbb@franczek.com

3464925.1